PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Richard Berberian

Cr.: 07-00762-001
PACTS Number: 47557

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 01/18/08

Original Offense: Possession Of Child Pornography

Original Sentence:  imprisonment 37 months followed by a three year term of supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/22/10

## PETITIONING THE COURT

[  ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special condition(s):

COMPUTER MONITORING

You shall submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment.  This includes, but is not limited to, personal computer, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you.  You shall allow the installation on your computer of any hardware or software systems which monitor computer use.  You shall pay the costs of the computer monitoring program.  You shall abide by the standard conditions of computer monitoring.  Any dispute as to the applicability of this condition shall be decided by the Court.

## CAUSE

The probation office requires the condition to effectively monitor the offender's compliance with supervision.

Respectfully submitted,

By:  Kellyanne Kelly
U.S. Probation Officer
Date:  10/24/11

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[  ]  The Extension of Supervision as Noted Above
[  ]  No Action
[  ]  Other

Signature of Judicial Officer

2 November 2011
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

**COMPUTER MONITORING**

You shall submit to an initial inspection by the U.S. Probation Office, and to any unannounced examinations during supervision, of your computer equipment. This includes, but is not limited to, personal computer, personal digital assistants, entertainment consoles, cellular telephones, and/or any electronic media device which is owned or accessed by you. You shall allow the installation on your computer of any hardware or software systems which monitor computer use. You shall pay the costs of the computer monitoring program. You shall abide by the standard conditions of computer monitoring. Any dispute as to the applicability of this condition shall be decided by the Court.

Witness: _____
U.S. Probation Officer
Kellyanne Kelly

Signed: _____
Probationer or Supervised Releasee
Richard Berberian

_____10/29/2011_____
DATE